JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO SOTTO,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN LION ACQUISITIONS INC.,<br><br>Defendant. | **Case No.:** SACV18-245 JLS (DFMx)<br><br>**JUDGMENT**<br><br>**HON. JOSEPHINE L. STATON** |

Judgment is entered as follows in favor of Plaintiff Roberto Sotto and against Defendant Mountain Lion Acquisitions, Inc.:

Sotto is awarded $2,000 in statutory damages; $500 in attorney's fees; and up to $400 in eligible costs upon an Application to the Clerk to Tax Costs pursuant to Local Rule 54-2 and 54-3.

Date: November 30, 2018

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE